NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT CHESNUT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY,<br><br>Defendant. | Case No. 8:23-cv-02479-FWS-ADS<br><br>**ORDER RE STIPULATION TO REMAND ACTION [17]**<br><br>Compl. Served: Nov. 28, 2023<br>Amended Compl. Served: Dec. 22, 2023<br>Action Removed: Dec. 28, 2023 |

///
///
///

**ORDER**

Having reviewed and considered the Stipulation to Remand Action [17] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **REMANDED** back to the Superior Court for the State of California, Orange County, case number 30-2023-01361799-CU-BT-CXC.

**IT IS SO ORDERED**.

Dated: February 16, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE